No. 73–1472.   Migliorini v. New York.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 73–1480.   Umphrey et al. v. McGraw-Edison Co.   C. A. 7th Cir.   Certiorari denied.

No. 73–1482.   Manzardo et al. v. Pullman Co. et al.   C. A. 7th Cir.   Certiorari denied.

No. 73–1493.   Allen v. Howard.   C. A. 4th Cir. Certiorari denied.

No. 73–1497.   International Longshoremen's & Warehousemen's Union, Local 21 v. Reynolds Metals Co.   C. A. 9th Cir.   Certiorari denied.

No. 73–1498.   Lee v. Texas.   Ct. Crim. App. Tex. Certiorari denied.

No. 73–1499.   Longshore et al. v. Saluda County School District No. 1 of Saluda County, South Carolina, et al.   C. A. 4th Cir.   Certiorari denied.

No. 73–1514.   Bryan v. Florida.   Sup. Ct. Fla.   Certiorari denied.

No. 73–1550.   Heard v. American University.   C. A. D. C. Cir.   Certiorari denied.

No. 73–1597.   Lansing v. New York Stock Exchange.   C. A. 2d Cir.   Certiorari denied.